UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER HARRIS, | Case No. 1:21-cv-00916-DAD-HBK |
| Plaintiff, | ORDER DIRECTING PLAINTIFF TO SHOW CAUSE UNDER FEDERAL RULE OF CIVIL PROCEDURE 4(M) and Fed. R. Civ. P. 41(b) |
| v. | |
| CITY OF FRESNO, ET. AL., | |
| Defendants. | |

This matter comes before the Court upon period review of the file.  Plaintiff filed the complaint on June 9, 2021.  (Doc. No. 1).  The clerk issued summons for Defendants on June 10, 2021.  (Doc. Nos. 4-7).  As of the date on this order, no return of service on the summons has been docketed.  (*See generally* docket).

Federal Rule of Civil Procedure 4(m) requires a plaintiff to serve a defendant within 90 days of filing the complaint.  The time may be extended for good cause shown.  If a defendant is not served within the requisite time period, after notice to plaintiff, the court must dismiss the action without prejudice, or order that service be made within a certain time period.  (*Id.*) (emphasis added).  Because more than 90 days have passed and it does not appear any defendant has been served a copy of the complaint and summons, Plaintiff is directed to show good cause why the defendants should not be dismissed under Rule 4 and/or this case dismissed for Plaintiff's failure to prosecute this action.  Fed. R. Civ. P. 41(b).

Accordingly, it is **ORDERED**:

1. Within fourteen (14) days of the date on this Order, defendants shall show good cause why the defendants should not be dismissed under Federal Rule of Civil Procedure 4(m) and/or this case dismissed under Fed. R. Civ. P. 41(b) for Plaintiff's failure to prosecute this action.

2. Failure to respond to this order will result in the recommendation that this case be dismissed.

Dated:   February 14, 2022

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2